Jonathan J. Lerner (JL-7117)
Michael H. Gruenglas (MG-8705)
Maura Barry Grinalds (MB-2836)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522
(212) 735-3000

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

DONALD J. TRUMP

            Plaintiff,

    - against -                      Case No. 05 Civ. 6323 (RPP)

HENRY CHENG, VINCENT LO, CHARLES      ECF Case
YEUNG, EDWARD WONG, DAVID CHIU,
HUDSON WATERFRONT CORP., HUDSON
WATERFRONT I CORP., HUDSON
WATERFRONT II CORP., HUDSON
WATERFRONT III CORP., HUDSON
WATERFRONT IV CORP., HUDSON
WATERFRONT V CORP., HUDSON
WESTSIDE ASSOC. I, L.P., HUDSON
WESTSIDE ASSOC. II, L.P., HUDSON
WESTSIDE ASSOC. III, L.P., HUDSON
WESTSIDE ASSOC. IV, L.P., HUDSON
WESTSIDE ASSOC. V, L.P., JOHN DOE I
and JOHN DOE II,

            Defendants.

------------------------------x

**NOTICE OF MOTION TO DISMISS**

COUNSEL:

PLEASE TAKE NOTICE, that upon the Complaint; annexed affidavit of Paul Davis and the exhibits thereto; the accompanying Memorandum of Law dated August 2, 2005; and upon all of the pleadings and prior proceedings had herein, Defendants Hudson Waterfront Corporation, Hudson Waterfront I Corporation, Hudson Waterfront II Corporation, Hudson Waterfront III Corporation, Hudson Waterfront IV Corporation, Hudson Waterfront V Corporation, Hudson Westside Associates I, L.P., Hudson Westside Associates II, L.P., Hudson Westside Associates III, L.P., Hudson Westside Associates IV, L.P., and Hudson Westside Associates V, L.P., by their attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York, 10036, will move in the United States District Court for the Southern District of New York, before the Honorable Robert P. Patterson, Jr., at the United States Courthouse, 500 Pearl Street, New York, New York, 10007, as soon as counsel may be heard, for an Order pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure dismissing the Complaint against Defendants.

Dated: August 3, 2005
New York, New York

Respectfully submitted,

By: _____
Jonathan J. Lerner (JL-7117)
Michael H. Gruenglas (MG-8705)
Maura Barry Grinalds (MB-2836)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522
(212) 735-3000

Attorneys for Defendants

To:  KASOWITHZ, BENSON, TORRES
    & FRIEDMAN LLP
    Marc E. Kasowitz (MK-2597)
    Daniel R. Benson (DB-6587)
    Michael J. Bowe (MB-7205)
    Jennifer S. Recine (JR-6614)
    1633 Broadway
    New York, New York 10019
    (212) 506-1700
    Attorneys for Plaintiff