USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8|17|05

*Closure S.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DONALD J. TRUMP,

                              Plaintiff,

- against -

HENRY CHENG, VINCENT LO, CHARLES
YEUNG, EDWARD WONG, DAVID CHIU,
HUDSON WATERFRONT CORP.,  HUDSON
WATERFRONT I CORP., HUDSON
WATERFRONT II CORP., HUDSON
WATERFRONT III CORP., HUDSON
WATERFRONT IV CORP.,  HUDSON
WATERFRONT V CORP., HUDSON WESTSIDE
ASSOC. I, L.P.,  HUDSON WESTSIDE ASSOC. II,
L.P., HUDSON WESTSIDE ASSOC. III, L.P.,
HUDSON WESTSIDE ASSOC. IV, L.P., HUDSON
WESTSIDE ASSOC. V, L.P., JOHN DOE I, and
JOHN DOE II,

                              Defendants.

---

Case No. 05 CV 6323 (PKL)

ECF Case

**NOTICE OF DISMISSAL**

TO:    Clerk, United States District Court
       for the Southern District of New York

### NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(i),

plaintiff Donald J. Trump hereby voluntarily dismisses this action, without prejudice to re-filing.

The complaint was filed with this Court July 11, 2005.  Defendants Hudson Waterfront Corp.,

Hudson Waterfront I Corp., Hudson Waterfront II Corp., Hudson Waterfront III Corp., Hudson

Waterfront IV Corp., Hudson Waterfront V Corp.,  and Hudson Westside Assoc. I, L.P., Hudson

Westside Assoc. II, L.P., Hudson Westside Assoc. III, L.P., Hudson Westside Assoc. IV, L.P.,

and Hudson Westside Assoc. V, L.P. have been served.  Neither an answer nor a motion for



summary judgment has been filed in this action.

Dated:  New York, New York
        August 11, 2005

*Motion to dismiss filed by defendants that have been served dismissed as moot.*

KASOWITZ, BENSON, TORRES
   & FRIEDMAN LLP

By: _____
     Marc E. Kasowitz (MK-2597)
     Daniel R. Benson (DB-6587)
     Michael J. Bowe  (MB-7205)
     Jennifer S. Recine (JR-6614)
1633 Broadway
New York, New York  10019
(212) 506-1700

*Counsel for Plaintiff*

SO ORDERED:  8/17/05

_____
           U.S.D.J.

2